AO 442 (Rev. 10/13) Arrest Warrant

FILED
AUG 20 2026
Bonnie N. Hackler, Acting Clerk
U.S DISTRICT COURT

USMS-N/OK RCVD:
AUG 18 2026 PM12:20

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America
v.
JENNIFER MICHELLE CHILDRESS
*Defendant*

Case No. 26 CR 304 - SEH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JENNIFER MICHELLE CHILDRESS, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl Resulting in Serious Bodily Injury
21 U.S.C. §§ 843(b) and 843(d)(1) – Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of Fentanyl with Intent to Distribute

Date: AUG 18 2026

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Bonnie N. Hackler, Acting Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/18/26, and the person was arrested on *(date)* 08/20/26
At *(city and state)* Tulsa, OK

Date: 08/20/26

Tim Lesher
*Arresting officer's signature*

Tim Lesher DUSM
*Printed name and title*

**ACB/ds**